OPINION — AG — THE PRODUCT "CHARM" DOES NOT COME UNDER THE PROVISIONS OF 63 O.S. 1965 Supp., 1-1301 [63-1-1301] AND MORE SPECIFICALLY, 63 O.S. 1965 Supp., 1-1301 [63-1-1301](H), 63 O.S. 1965 Supp., 1-1301 [63-1-1301](K) NOR DOES IT REPRESENT AN ADULTERATION AS DEFINED IN 63 O.S. 1965 Supp., 1-1301 [63-1-1301](M). (JERRY HOLLAND) FILENAME: m0001003 A. B. COLYAR STATE DEPARTMENT OF HEATH ATTORNEY GENERAL OF OKLAHOMA — OPINION SEPTEMBER 11, 1967 OPINION — AG — THE PRODUCT "CHARM" DOES NOT COME UNDER THE PROVISIONS OF 63 O.S. 1965 Supp., 1-1301 [63-1-1301] AND MORE SPECIFICALLY, 63 O.S. 1965 Supp., 1-1301 [63-1-1301](H), 63 O.S. 1965 Supp., 1-1301 [63-1-1301](K) NOR DOES IT REPRESENT AN ADULTERATION AS DEFINED IN 63 O.S. 1965 Supp., 1-1301 [63-1-1301](M). (JERRY HOLLAND)